574

161 A.3d 788

Tom FOSTER, Administrator of the Estate of Kenneth
W. Foster, Deceased, Respondent

v.

GOLDEN GATE NATIONAL SENIOR CARE, LLC; Erie Operating, LLC d/b/a Golden Livingcenter–Walnut Creek; Erie Acquisition, LLC; GGNSC Equity Holdings, LLC; GGNSC Holdings, LLC; GGNSC Clinical Services, LLC; GGNSC Administrative Services, LLC; Spectra Healthcare Alliance Vi, LLC; Spectra Healthcare Alliance Inc; Beverly Enterprises, Inc.; and Denise Curry, an Individual, Petitioners

No. 249 WAL 2016

Supreme Court of Pennsylvania.

November 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**. This matter is **REMANDED** for proceedings consistent with the decision in *Taylor v. Extendicare Health Facilities, Inc.*, 637 Pa. 163, 147 A.3d 490, 2016 WL 5630669 (2016).